United States Courts
Southern District of Texas
FILED

MAR 09 2016

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. H-16- |
| SERVANDO NAMBO-ALCANTAR | § § § | H 16   108 UNDER SEAL |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Distribution of a Controlled Substance)

On or about September 15, 2014, in the Houston Division of the Southern District of Texas, the defendant,

**SERVANDO NAMBO-ALCANTAR**

aided and abetted by others known and unknown to the Grand Jury to knowingly and intentionally distribute a controlled substance. This violation involved fifty (50) grams or more of methamphetamine, a Schedule II controlled substance.

**In violation of Title 18 United States Code, Section 2 and Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).**

A TRUE BILL:
Original Signature On File
FOREMAN OF THE GRAND JURY

KENNETH MAGIDSON
United States Attorney

BY: _____
BERTRAM A. ISAACS
Assistant United States Attorney